UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL DEMARIA PPA KELLY DEMARIA,<br>Plaintiff, | :<br>: | CIVIL ACTION NO.<br>3:14-cv-01933-JAM |
| v. | :<br>:<br>: | |
| MARK COHAN, ET AL,<br>Defendants. | :<br>:<br>: | FEBRUARY 17, 2016 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs and Defendants in the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), request that the Court dismiss the action with prejudice and without costs to any party.

PLAINTIFF
MICHAEL DEMARIA PPA KELLY DEMARIA:

By /s/Michael J. Reilly

Michael J. Reilly (ct28651)
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, Connecticut 06114
Tel: (860)296-3457
Fax: (860) 296-0676
Email: mreilly@cicchielloesq.com

DEFENDANT
SIMSBURY BOARD OF EDUCATION:

By /s/Jonathan C. Sterling

Jonathan C. Sterling, Esq.
Fed Bar # ct24576
Carlton Fields, P.A.
One State Street
Suite 1800
Hartford, CT 06103
Tel. 860-392-5000
Fax 860-392-5058
Email jsconzo@carltonfields.com
jsterling@carltonfields.com

DEFENDANT
MARK COHAN:

By /s/Beatric S. Jorden

Beatrice S. Jordan
ct22001
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1121
Ph: (860) 249-1361
Fax: (860) 249-7665
E-mail: bjordan@hl-law.com

**CERTIFICATION**

This is to certify that on this 17th day of February, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system:

Beatrice S. Jordan
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1121

Michael J. Reilly
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, Connecticut 06114

/s/ Jonathan C. Sterling
Jonathan C. Sterling